THE STATE OF MISSOURI, Respondent, *v.* CHARLES H. ANDREWS, Appellant.

1. *Criminal Law — St. Louis Court of Criminal Correction — Action for gambling — Evidence — Possession of faro-boxes, etc.* — In a prosecution in the St. Louis Court of Criminal Correction, for gambling, where it appeared from the evidence that defendant was found, with others, around a table, with a faro-box and cards in his hands, and that checks and money passed between them: *held*, that such testimony made a *prima facie* case for the State, and, in the absence of rebutting testimony and of any explanation as to what defendant and others were doing with these gambling devices, that he was properly convicted.

*Appeal from St. Louis Court of Criminal Correction.*

*L. M. Shreve*, for appellant.

*J. P. Colcord*, for respondent.

BLISS, Judge, delivered the opinion of the court.

Appellant was convicted, in the St. Louis Court of Criminal Correction, of gambling, and appeals to this court. The record seeks to present the question of the sufficiency of the evidence to warrant a conviction. The defendant was found, with others, around a table, with a faro-box and cards in his hands, and checks and money passed between them. The bill of exceptions also shows that there was testimony as to the situation of the parties at the time the police entered the room. There was no rebutting testimony, and no explanation as to what defendant

and others were doing with their gambling devices. The case was submitted to the judge, and the record indicates care and consideration on his part.

We cannot disturb the judgment. The State made a *prima facie* case, and the accused did not attempt to rebut or explain.

Judgment affirmed. The other judges concur.